IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
**1:14cv15**

| | |
|---|---|
| NAOMI QUILLEN AND PAMELA NEIGHBOR, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | ORDER |
| THE ALLSTATE CORP, ) ) | |
| Defendant. ) ) | |

Pending before the Court is the Motion to Dismiss [# 4]. On July 7, 2014, Plaintiffs filed their Amended Complaint. The filing of an amended complaint supersedes the original complaint and renders it void of any legal function in the case. Young v. City of Mount Ranier, 238 F.3d 567, 572 (4th Cir. 2001). Accordingly, the Court **DENIES as moot** the Motion to Dismiss [# 4].

Signed: July 8, 2014

Dennis L. Howell
United States Magistrate Judge