# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:14-cv-00015-MR-DLH

| | |
|---|---|
| NAOMI QUILLEN and PAMELA NEIGHBOR, ) ) ) Plaintiffs, ) ) vs. ) ) ) THE ALLSTATE CORPORATION, ) ALLSTATE INSURANCE COMPANY, ) ALLSTATE INDEMNITY COMPANY, ) and ALLSTATE INSURANCE ) HOLDINGS, LLC, ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' Motion to Dismiss [Doc. 20] and the Magistrate Judge's Memorandum and Recommendation [Doc. 24] regarding the disposition of that motion.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable Dennis L. Howel, United States Magistrate Judge, was designated to consider the motion to dismiss and to submit a recommendation for its disposition.

On October 29, 2014, the Magistrate Judge filed a Memorandum and Recommendation in this case containing proposed conclusions of law in support of a recommendation regarding the Defendants' motion. [Doc. 24]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation that the motion to dismiss should be granted in part and denied in part.

## **O R D E R**

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 24] is **ACCEPTED**; the Defendants' Motion to Dismiss [Doc. 20] is **GRANTED IN PART** and **DENIED IN PART**; and all claims asserted in the Amended Complaint, other than the unfair and deceptive trade practices claims asserted against Defendants Allstate

Insurance Company and Allstate Indemnity Company in Count Two, are hereby **DISMISSED**.

    **IT IS SO ORDERED.**

Martin Reidinger
United States District Judge