# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:14-cv-00015-MR-DLH

| | | |
|---|---|---|
| NAOMI QUILLEN and PAMELA NEIGHBOR, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **O R D E R** |
| | ) ) | |
| THE ALLSTATE CORP., ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE INSURANCE HOLDINGS, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

This action was removed to this Court on January 17, 2014. [Doc. 1]. Following removal, the Plaintiffs filed an Amended Complaint. [Doc. 17]. The Defendants moved to dismiss the Plaintiffs' Complaint in its entirety. [Doc. 20]. The Magistrate Judge issued a Memorandum and Recommendation regarding the Motion to Dismiss, recommending that the motion be granted in part and denied in part. [Doc. 24]. On November 20, 2014, the Court accepted the Magistrate Judge's Recommendation and

granted the Defendants' Motion to Dismiss in part. [Doc. 25]. Thus, the only claims remaining in this action are the Plaintiffs' claims for unfair and deceptive trade practices against the Defendants Allstate Insurance Company and Allstate Indemnity Company. [Id.].

More than twenty-one (21) days now have passed since the entry of the Order disposing of the Defendants' Motion to Dismiss. The remaining Defendants, however, have yet to file an answer, and the Plaintiffs appear to have made no effort to prosecute this action further against these Defendants.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiffs shall file an appropriate motion or otherwise take further action with respect to the Defendants Allstate Insurance Company and Allstate Indemnity Company. **The Plaintiffs are advised that failure to take further action against these Defendants will result in the dismissal of this case.**

**IT IS SO ORDERED.**

Signed: January 21, 2015

Martin Reidinger
United States District Judge