THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00015-MR-DLH

| | |
|---|---|
| NAOMI QUILLEN and PAMELA NEIGHBOR, ) ) ) Plaintiffs, ) ) vs. ) ) ) THE ALLSTATE CORP., ALLSTATE ) INSURANCE COMPANY, ALLSTATE ) INDEMNITY COMPANY, and ) ALLSTATE INSURANCE HOLDINGS, ) LLC, ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' Answer [Doc. 26].

On January 21, 2015, the Court entered an Order noting that the Defendants Allstate Insurance Company and Allstate Indemnity Company had failed to file an Answer and directing the Plaintiffs to take further action in this case or risk dismissal of the action. [Doc. 26]. The Defendants immediately filed their Answer. [Doc. 27]. In light of the Defendants' filing, no further action is required by the Plaintiffs. The Court will direct the

parties to conduct their initial attorneys' conference and file a certification of such conference with the Court.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an initial attorneys' conference within fourteen (14) days of the entry of this Order and file a certification of such conference within seven (7) days thereafter.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge