IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00015-MR-DLH

| | |
|---|---|
| NAOMI QUILLEN and PAMELA NEIGHBOR, ) ) ) Plaintiffs, ) ) vs. ) ) ALLSTATE INSURANCE COMPANY ) and ALLSTATE INDEMNITY ) COMPANY, ) ) Defendants. ) ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court *sua sponte*.

On January 19, 2016, the Plaintiffs filed a Response in Opposition to Defendants' Motion for Summary Judgment [Doc. 49]. The Plaintiffs' brief, however, fails to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 30 at 5]. Accordingly, the Plaintiffs' brief will be stricken.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment [Doc. 49] is **STRICKEN**. The Plaintiffs may file a brief which comply with the requirements of this Court within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: January 20, 2016

Martin Reidinger
United States District Judge