# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14-cv-15

| | |
|---|---|
| NAOMI QUILLEN and PAMELA NEIGHBOR, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )     **ORDER** |
| ALLSTATE INSURANCE CO., & ALLSTATE INDEMNITY CO., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on Walter E. Daniels, III's Application for Admission to Practice *Pro Hac Vice* of Brett Adair. It appearing that Brett Adair is a member in good standing with the Alabama State Bar and will be appearing with Walter E. Daniels, III, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Walter E. Daniels, III's Application for Admission to Practice Pro Hac Vice (#73) of Brett Adair is

**GRANTED**, and that Brett Adair is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Walter E. Daniels, III.

Signed: April 18, 2016

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge